

# Fourth Court of Appeals
## San Antonio, Texas

August 20, 2015

No. 04-15-00461-CV

**ESTATE OF WILLIAM H. MATTHEWS**, III, Deceased,

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2010-PC-2415
Honorable Kelly Cross, Judge Presiding

# O R D E R

The court reporter's notification of late record is GRANTED. Time is extended to September 18, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court